# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1464
_____

CONTAINER CORPORATION and
HARTFORD FIRE INSURANCE
COMPANY,

    Petitioners,

    v.

JAMES WAY,

    Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.

Date of Accident:  March 4, 1987.

April 24, 2026

PER CURIAM.

    DISMISSED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Karen Ferguson of Law Offices of Farrah C. Fugett-Mullen, Lake Mary, for Petitioners.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Respondent.